UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESHAWN YOUNG ET AL.,
                Plaintiffs,         22-cv-3107 (JGK)

    - against -                 ORDER

INVESTORS BANCORP, INC.,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 7, 2022 is canceled. The plaintiff is reminded that the summons and complaint must be served by July 14, 2022 or this case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.
Dated:    New York, New York
         June 30, 2022

                                    John G. Koeltl
                            United States District Judge